In the Matter of the Claim of HYMAN SOLOMON, Appellant, against SAMUEL BONIS et al., Respondents.

STATE INDUSTRIAL COMMISSION, Appellant.

*Matter of Solomon* v. *Bonis*, 181 App. Div. 672, affirmed.
(Argued April 29, 1918; decided May 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1917, reversing an award of the state industrial commission made under the Workmen's Compensation Law and dismissing the proceeding. The claimant was a plasterer and was employed by defendant Bonis to repair the plaster in a room in an apartment house which he owned. While so employed the claimant fell and received injuries. The question at issue was whether a person injured October 8, 1916, while engaged in hazardous employment incidental to a non-hazardous business carried on by his employer for pecuniary gain, is covered by the Workmen's Compensation Law, as amended by chapter 622 of the Laws of 1916.

*David Harrison* for claimant, appellant.

*Robert W. Bonynge* for state industrial commission, appellant.

*Theodore H. Lord* and *Alfred W. Meldon* for respondents.

Order affirmed, with costs, against the state industrial commission; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.